**Dismissed and Memorandum Opinion filed April 14, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-15-00084-CV

---

## TOM J. JONES, Appellant

## V.

## DINH TRAN & SONNY & ANNA, LLC, Appellees

---

**On Appeal from County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 1055023**

---

## M E M O R A N D U M   O P I N I O N

The notice of appeal in this case was filed January 21, 2015. Appellant filed an affidavit of indigence. *See* Tex. R. App. P. 20.1. On February 25, 2015, a partial clerk's record was filed reflecting that on February 24, 2015, the trial court signed an order sustaining a contest to appellant's claim of indigence. Appellant did not seek review of the trial court's ruling. *See* Tex. R. App. P. 20.1(j).

On March 10, 2015, this court ordered appellant to pay the appellate filing fee on or before March 25, 2015, or the appeal would be dismissed. Appellant has not paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Busby.